# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:22-CR-00110-FDW-SCR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CARLOS IGNACIO ZEFERINO FLORES, | ) ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motions to Seal (Doc. Nos. 14, 16, & 18) and the Government's Motion to Seal. (Doc. No. 22), (collectively, the "Motions"). Defendant seeks to seal two motions to dismiss and a motion to compel discovery, including related briefing (Doc. Nos. 13, 15, & 17), and the Government seeks to seal its responses thereto (the "Responses"). (Doc. Nos. 20, 21, & 23).

The Court grants in part and denies in part the Motions. Having carefully reviewed the record and the applicable law, the Court finds that certain portions of the Motions and Responses that the parties request to seal may be properly sealed under the Court's Local Rules due to certain personal and confidential information therein. However, the Court concludes the majority of the documents that the parties request to seal are not appropriate for sealing, including, for example, discussion of general standards and applicable case law, and that sealing the Motions and Responses in their entireties is not warranted here. See LCrR 49.1.1 ("To further openness in criminal case proceedings, there is a presumption under applicable common law and the First Amendment that pleadings filed in this Court will be filed unsealed."); see also Press-Enter. Co. v. Superior Court of Cal., 478 U.S. 1, 9 (1986). Accordingly, the Court will

order the parties to file unsealed, but redacted versions of the Motions and Responses for the public record.

**IT IS, THEREFORE, ORDERED** that Defendant's Motions to Seal (Doc. Nos. 14, 16, & 18) and the Government's Motion to Seal (Doc. No. 22) are **GRANTED IN PART** and **DENIED IN PART**. Within twenty-one days of this Order, each party shall file unsealed, redacted versions of its respective documents.

**SO ORDERED**.

_____
Susan C. Rodriguez
United States Magistrate Judge

Signed: July 25, 2023